IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HSBC BANK USA, N.A., AS INDENTURE
TRUSTEE FOR THE REGISTERED
NOTEHOLDERS OF RENAISSANCE HOME           CASE NUMBER: 3:11-cv-372
EQUITY LOAN TRUST 2006-2

Plaintiff,

vs.


JEFFREY P. CHAMNESS, JENNIFER
CHAMNESS, HEARTLAND REGIONAL
MEDICAL CENTER,

Defendants.

## ORDER TO SET ASIDE JUDGMENT AND DISMISS CASE

This matter is before the Court on plaintiff's motion to set aside judgment and dismiss the case (Doc. 18). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The judgment entered on August 31, 2011 (Doc. 17) is set aside. Further, the Court dismisses without prejudice this case as the parties entered into a loan modification.

Dated: September 21, 2011

Digitally signed by
David R. Herndon
Date: 2011.09.21
09:16:29 -05'00'

Chief Judge
United States District Court